UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| **LE'NETTA W. STONE,**<br><br>Plaintiff,<br><br>vs.<br><br>**CONCORD COOPERATIVE, et al.,**<br><br>Defendants. | **2:20-CV-12781-TGB**<br><br><br><br>**ORDER DISMISSING CASE** |

Plaintiff Le'Netta Stone filed a pro se complaint against various parties alleging violations of the Americans with Disabilities Act ("ADA"). Shortly thereafter, the Court entered an order directing Plaintiff to complete service documents. ECF No. 6. A lawsuit cannot be maintained if the people being sued are not notified. It is the responsibility of the person bringing the lawsuit to notify them by service of process on them. Fed. R. Civ. P. 4(c)(1). Plaintiff failed to complete service or respond in the time set forth in that order.

The Court then entered an order directing Plaintiff to show cause and indicate why this matter should not be dismissed for failure to prosecute. ECF No. 11. Since that time, Plaintiff has filed a number of

1

documents with the Court, but none of them respond directly to the show cause order or indicate that she has followed the Court's directions to serve process. ECF Nos. 12-16.

Therefore, it is **ORDERED** the case be **DISMISSED** without prejudice for failure to prosecute. This means that Plaintiff may re-file her claims. The Court notes that Plaintiff is a pro se litigant and may benefit from legal assistance. Plaintiff may be able to receive such assistance by consulting with the Detroit Mercy Law Pro Se Clinic. Plaintiff can contact the Clinic by calling (313) 234-2690 or emailing proseclinic@udmercy.edu.

DATED: December 15, 2020

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge